# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Theresa Solarczyk,<br><br>     Plaintiff,<br><br>v.<br><br>Credit Control, LLC,<br><br>     Defendant. | Case No. 1:09-cv-00550<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: s/ Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    Fax: 312-822-1064
    Email: tjs@legalhelpers.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Credit Control, LLC
c/o CT Corporation System,
Registered Agent
208 S LaSalle St
Chicago, IL 60604

s/ Timothy J. Sostrin