**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Theresa Solarczyk
                           Plaintiff,

v.                                                   Case No.: 1:09–cv–00550
                                                     Honorable Wayne R. Andersen

Credit Control, LLC
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 8, 2009:

      MINUTE entry before the Honorable Wayne R. Andersen:This case is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(i). Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.